ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ARIEL A. NEUMAN (Cal. State Bar No.: 241594)
JUSTIN RHOADES (Cal. State Bar No.: 230463)
JEFF MITCHELL (Cal. State Bar No.: 236225)
Assistant United States Attorneys
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2917/3380/0698
     Facsimile: (213) 894-3713
     E-mail: ariel.neuman@usdoj.gov
             justin.rhoades@usdoj.gov
             jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON NARCISO MORALES MENDOZA, et al., <br><br> Defendants. | No. CR 09-230(A)-SVW <br><br> SUPPLEMENT TO OPPOSITION TO DEFENDANT GLENN ITO'S MOTION TO SUPPRESS EVIDENCE |

Plaintiff United States of America, through its counsel of record, the United States Attorney for the Central District of California, hereby submits the following statement of law in response to the Court's questions posed at the March 17, 2010 hearing on defendant Glenn Ito's Motion to Suppress Evidence.

Typical traffic stops are non-custodial for the purposes of Miranda. Berkemer v. McCarty, 468 U.S. 420, 439 (1984). Similarly, Terry-stops, executed by police officers with a

reasonable belief that a person has committed, is committing, or about to commit a crime, see Terry v. Ohio, 392 U.S. 1 (1968), are also non-custodial for the purposes of Miranda. United States v. Brignoni-Ponce, 422 U.S. 873, 881 (1975). Police making a routine investigative stop may ask the suspect "to explain suspicious circumstances," even if the question may elicit an incriminating statement by the suspect. Id. at 882.

Dated: March 18, 2010

                              Respectfully submitted,

                              ANDRÉ BIROTTE JR.
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                                /s/
                              ARIEL A. NEUMAN
                              JUSTIN RHOADES
                              JEFF MITCHELL
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              United States of America