UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-230(A)-SVW | Date | March 17, 2010 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul Cruz/Isabel Martinez | Deborah Gackle | Justin Rhoades / Ariel Neuman / Jeffrey Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 44. Glenn Ito | | X | X | Bernard J. Rosen | X | X | |

**Proceedings:** Defendant Glenn Ito's Motion to Suppress Evidence [1011]  (Evidentiary; Held and Completed)

Court hears oral argument.  Witnesses are called, sworn and testify.  The Court will issue its ruling.

| | 1 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | PC/IM | | |