| Name & Address | | FILED<br>CLERK U.S. DISTRICT COURT<br>APR 21 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
|---|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR09-230(A)-SVW |
| v. | |
| Glenn Ito | JUDGMENT OF DISCHARGE<br>(RULE 32(k)(1), F.R. Cr.P.) |
| DEFENDANT(S). | |

In the presence of the attorney for the government and defendant, **Glenn Ito**, who appeared in person ☒ with counsel / ☐ without counsel on **April 15, 2010**.

It appearing that the defendant named in paragraph one above is now entitled to be discharged on all pending counts of the Indictment/Information for the reason that:

☐ the Court has granted the motion of the government for dismissal,
☒ the Court has granted the motion of the defendant for a judgment of acquittal,
☐ a jury has been waived, and the Court has found the defendant not guilty,
☐ the jury has returned its verdict, finding the defendant not guilty,
☐ other (reason(s), if any)

IT IS THEREFORE ADJUDGED that the defendant named in paragraph one above, is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

4/21/10
Date

United States District Judge
STEPHEN V. WILSON

**NOTICE TO U.S. MARSHAL - This does not substitute for the Release Form.**